AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CARLOS RUBEN RIVERA
508 Brock Avenue
New Bedford, Massachusetts

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1789-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 1 through June 18, 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute, and distributed, a controlled substance, and having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess, in and affecting commerce, ammunition,

in violation of Title  21  United States Code Section  841(a)(1)
              18  United States Code, Section(s)  922(g)(1)

I further state that I am a(n) ATF Special Agent  and that this complaint is based on the following
                          Official Title
facts:

See Affidavit of Brendan C. Hickey

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-04  at  Boston, Massachusetts
Date                     City and State

CHARLES B. SWARTWOOD III, USMJ   _____
Name & Title of Judicial Officer      Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.