AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MA_____

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| Carlos Rivera | | | | | Case Number: 04-1789-CBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Leoney | Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/28/2004 | 10:48a | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 6/28/2004 | | | Brendan Hickey |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/28/2004 | X | X | Affidavit of Brendan Hickey |
| 2 | | 6/28/2004 | X | X | Certified Copy of Conviction, Bristol Superior Court 9/7/1995 |
| 3 | | 6/28/2004 | X | X | Lab Analysis dated 5/20/2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages