AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

SCANNED
DATE: 07/19/04
BY: SM

UNITED STATES OF AMERICA

V.

CARLOS RUBEN RIVERA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1789-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CARLOS RUBEN RIVERA**
                                                Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)
possession with intent to distribute, and distribution of, a controlled substance, and with being a felon in possession of ammunition,

in violation of Title  21  United States Code, Section 841(a)(1)
                      18  United States Code, Section(s) 922(g)(1)

CHARLES B. SWARTWOOD III                 United States Magistrate Judge
Name of Issuing Officer                   Title of Issuing Officer

[signature]                              6-22-04 @ Boston, Massachusetts
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY ATF |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 06/24/2004 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.